DAVID M. ROSENBERG-WOHL (Cal. Bar No. 132924)
HERSHENSON ROSENBERG-WOHL
A PROFESSIONAL CORPORATION
3080 Washington St.
San Francisco, CA 94115
(415) 317-7756
david@hrw-law.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERLENE AND LAWRENCE WONG, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | Case No.: 4:18-cv-04839-JSW |
| Plaintiffs, | **NOTICE OF DISMISSAL** |
| vs. | |
| CHART INDUSTRIES, INC. AND DOES 1-10, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiffs Lawrence and Sherlene Wong voluntarily dismiss with prejudice the above-entitled action in its entirety. This notice of dismissal is being filed with the Court before service by defendants, including Chart Inc., of either an answer or a motion for summary judgment.

Dated this 23rd of April, 2023.

/s/ David M. Rosenberg-Wohl
David M. Rosenberg-Wohl
HERSHENSON ROSENBERG-WOHL
A PROFESSIONAL CORPORATION

NOTICE OF DISMISSAL - 1